JESSICA E. FLYNN, SBN 251564
VANLOCHEM & CHESNEY LLP
6565 Sunset Boulevard
Suite 422
Hollywood, CA 90028
(323) 993-0500
Fax (323) 993-0501
Attorneys for Creditor,
NISSAN MOTOR ACCEPTANCE CORPORATION

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| In re | CASE NO. 10-10695-KT |
|---|---|
| BRIGIDO E. CARDENAS and IRMA Y. CARDENAS, | CHAPTER 13 |
| Debtors. | NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN BY NISSAN MOTOR ACCEPTANCE CORPORATION |

TO THE COURT, DEBTOR BRIGIDO E. CARDENAS and IRMA Y. CARDENAS, THEIR ATTORNEY, THE CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Having been provided with a Pre Confirmation Modification to the Chapter 13 plan which was filed with the court on April 8, 2010, NISSAN MOTOR ACCEPTANCE CORPORATION (NISSAN) does not have any objection to the treatment of that modified plan as to NISSAN's claim. Based thereupon, NISSAN respectfully withdraws its original objection to confirmation of the plan.

DATED: April 28, 2010            VANLOCHEM & CHESNEY LLP

                                 BY _____
                                 JESSICA E. FLYNN, Attorneys for
                                 Plaintiff, NISSAN MOTOR
                                 ACCEPTANCE CORPORATION

- 1 -
NOTICE OF WITHDRAWAL OF OBJECTION TO CHAPTER 13 PLAN BY NISSAN MOTOR ACCEPTANCE CORPORATION

## Proof of Service

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Jose Anguiano, declare as follows:

I am employed in the County of Los Angeles, State of California and over the age of eighteen years. I am not a party to the within action. I am employed by Vanlochem & Chesney (V&C), and my business address is 6565 Sunset Boulevard, Suite 422, Hollywood, California 90028. I am readily familiar with the practice of V&C for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, such correspondence would be deposited with the United States Postal Service, the same day I submit it for collection and processing for mailing.

On April 29 2010, I served the **NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN BY NISSAN MOTOR ACCEPTANCE CORPORATION** on the interested parties by placing a copy thereof in individual envelopes addressed as shown on the attached Service List and, following ordinary business practices of V&C, by sealing said envelopes and depositing them for collection and mailing on the aforesaid date by placement for deposit on the same day in the United States Postal Service at 6565 Sunset Boulevard, Suite 422, Hollywood, CA 90028.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed April 29 2010, at Hollywood, California.

BY: _____
Jose Anguiano

- 2 -
NOTICE OF WITHDRAWAL OF OBJECTION TO CHAPTER 13 PLAN BY NISSAN MOTOR ACCEPTANCE CORPORATION

## SERVICE LIST

### Debtor

Mr. Brigido E. Cardenas

14366 Plummer St., #33

Panorama City, CA 91402

### Co-Debtor

Ms. Irma Y. Cardenas

14366 Plummer St., #33

Panorama City, CA 91402

### Attorney for Debtor

Mr. Ramiro Flores Munoz

Nieves & Associates

790 E. Colorado Blvd., Suite 900

Pasadena, CA 91101

### Chapter Trustee

Ms. Elizabeth (SV) F Rojas

Noble Professional Center

15060 Ventura Blvd., Suite 240

Sherman Oaks, CA 91403

### US Trustee

United States Trustee (SV)

21051 Warner Center Lane, Suite 115

Woodland Hills, CA 91367

- 3 -
NOTICE OF WITHDRAWAL OF OBJECTION TO CHAPTER 13 PLAN BY NISSAN MOTOR ACCEPTANCE CORPORATION

<u>Judge</u>

Hon. Kathleen Thompson

21041 Burbank Boulevard Suite 305

Woodland Hills, CA 91367


<u>Attorney for Movant</u>

Jessica E. Flynn

VANLOCHEM & CHESNEY LLP

6565 Sunset Blvd., Suite 422

Hollywood, CA 90028

- 4 -
NOTICE OF WITHDRAWAL OF OBJECTION TO CHAPTER 13 PLAN BY NISSAN MOTOR ACCEPTANCE CORPORATION